IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIM. NO.: 2:22-cr-00099-BHH |
| v. | |
| JAMES M. SWEENEY | **O R D E R** |

The within Motion is granted, and it is hereby ordered and decreed that the Indictment in Criminal Number 2:22-cr-00099-BHH against JAMES M. SWEENEY be and the same is hereby dismissed without prejudice.

                                    s/ Bruce Howe Hendricks
                                    BRUCE HOWE HENDRICKS
                                    UNITED STATES DISTRICT JUDGE

Charleston, South Carolina

June __10__, 2024